**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-4727 PA (JEMx) | Date | November 19, 2010 |
|---|---|---|---|
| Title | Weber Aircraft, LLC v. Compania Mexicana de Aviacion, S.A. de C.V. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:** IN CHAMBERS - COURT ORDER

On August 30, 2010, defendant Compania Mexicana de Aviacion, S.A. de C.V. ("Mexicana") filed a Notice of Order Granting Preliminary Injunction Staying Proceeding filed. According to Mexicana, the United States Bankruptcy Court for the Southern District of New York has entered an injunction that prevents plaintiff Weber Aircraft, LLC ("Plaintiff") from continuing to prosecute this action without first obtaining the approval of the Bankruptcy Court or the District Court for Civil Matters for the Federal District, Mexico. Since the filing of the Notice, the parties have taken no further action in this matter. The Court orders Plaintiff to show cause in writing why this action should not be dismissed without prejudice. Plaintiff's Response to this Order to Show Cause shall be filed by December 1, 2010. The failure to adequately respond to the Order to Show Cause may result in the dismissal of this action without prejudice.

IT IS SO ORDERED.